So Ordered.

Dated: December 20th, 2019



Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

In re:

**DAVID D. & CORAL RENE´ CEBERT,
d/b/a VU MUSIC,**

Debtors.

No.: **18-02224-FPC11**

Chapter 11

**FINDINGS OF FACT**

**THIS MATTER §**oming before the Court for hearing on November 25, 2019 upon the issues raised by Debtors' request for confirmation of Debtors' Third Amended Plan of Reorganization filed herein on December 19, 2019 [*ECF 391*] (hereinafter the "Plan"), and based upon the evidence produced, the Court now makes the following:

**FINDINGS OF FACT**

1. The Debtors' Plan was submitted to Creditors and other parties in interest;

2. The Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law;

Findings of Fact-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

3. The provisions of Chapter 11 of the United States Code have been complied with and the Plan has been proposed in good faith and not by any means forbidden by law;

4. (a) Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtors were liquidated under Chapter 7 of the Code on such date, or (b) the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interests that is impaired under, and has not accepted the Plan;

5. All payments made or promised by the Debtors or by a person issuing securities or acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable and are hereby approved, or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court;

6. Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization of the Debtors, or (b) if the Plan is a plan of liquidation or partial liquidation, the Plan sets a time period in which liquidation will be accomplished, and provides for the eventuality that the liquidation is not accomplished in that time period;

7. Pursuant to the Plan, the following acts or events constitute substantial consummation of the Plan: sixty (60) days following Confirmation, provided that Debtors have paid all installments provided by this Plan to be paid within that time;

Findings of Fact-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

18-02224-FPC11    Doc 395    Filed 12/23/19    Entered 12/23/19 08:58:31    Pg 2 of 3

8. Creditors were given Notice of Confirmation and no objections thereto were made or have otherwise been withdrawn except the objections of Axtel Scientific, John Wayne Kennedy, Patrick Kennedy, Sandra Kennedy, and Mitigation of Disease, Inc. [*ECF 371 and 374*], which objections should be and have been overruled; and

9. It is proper that the Plan be confirmed.

///END OF ORDER///

PRESENTED BY:

SOUTHWELL & O'ROURKE, P.S.

BY: /s/ Dan O'Rourke
 DAN O'ROURKE, WSBA #4911
 Attorneys for Debtors

Findings of Fact-3

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

18-02224-FPC11    Doc 395    Filed 12/23/19    Entered 12/23/19 08:58:31    Pg 3 of 3